ORDER
Appellants filed a petition for rehearing and rehearing en banc.
*581 Judge Luttig, Judge Michael, and Judge Gregory voted to deny the petition for rehearing.
On the poll requested by a member of the court on the petition for rehearing en banc, Judge Widener, Judge Niemeyer, Judge Williams, Judge Trader, and Judge Shedd voted to grant rehearing en banc. Chief Judge Wilkins, Judge Wilkinson, Judge Luttig, Judge Michael, Judge Motz, Judge King, Judge Gregory, and Judge Duncan voted to deny rehearing en banc.
The petition for rehearing is denied, and because the poll of judges in active service failed to produce a majority in favor of rehearing en banc, the petition for rehearing en banc is also denied. Judge Wilkinson wrote an opinion concurring in the denial of rehearing en banc. Judge Shedd wrote an opinion, joined by Judge Williams, dissenting from the denial of rehearing en banc.